```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05252
   KELLY GRANT HUNT
   KARI ANN HUNT                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-8714    SSN XXX-XX-8899
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/05/08 and confirmed on 05/16/08.

2. The case was converted to Chapter 7 after confirmation, 03/03/2009.

3. The Debtor paid a total of $ 21250.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 9035.00 | .00 | 9035.00 |
| COUNTRYWIDE FINANCIAL | SECURED | 3606.40 | .00 | 3606.40 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 739.31 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 5984.78 | 257.44 | 1252.01 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 5.48 | 122.11 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 9626.45 | 418.48 | 1964.34 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1074.73 | .00 | .00 |
| COMPUCREDIT | UNSECURED | 1117.27 | .00 | .00 |
| COMPUCREDIT | UNSECURED | 1167.07 | .00 | .00 |
| COMPUCREDIT | UNSECURED | 862.20 | .00 | .00 |
| TARGET | UNSECURED | 942.96 | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | 1126.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10674.42 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1446.66 | .00 | .00 |
| CASH CALL INC | UNSECURED | 5878.51 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 535.09 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 510.49 | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 252.12 | .00 | .00 |
| MERRICK BANK | UNSECURED | 1772.63 | .00 | .00 |
| OXFORD MGMT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OXFORD MGMT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | NOT FILED | .00 | .00 |

```
QUICKCLICK LOANS LLC         UNSECURED        6172.21            .00           .00
URBAN TRUST BANK FSB         UNSECURED        1269.25            .00           .00
COMPUCREDIT                  UNSECURED        2184.05            .00           .00
WASHINGTON MUTUAL BANK       MORTGAGE ARRE    1985.12            .00           .00
DELL FINANCIAL SERVICES      UNSECURED        1500.78            .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    31177.06         .00     38486.68           .00     69663.74
PRINCIPAL PAID        15979.86         .00          .00           .00     15979.86
INTEREST PAID           681.40         .00          .00           .00       681.40
TOTAL PAID            16661.26         .00          .00           .00     16661.26
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    100.00   direct and $   3400.00   through the plan.

The Trustee received $    1188.74 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/17/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO.  08 B 05252 KELLY GRANT HUNT & KARI ANN HUNT